# ALABAMA COURT OF CRIMINAL APPEALS



November 22, 2024

**CR-2022-1073**
Troy Edward Connell v. State of Alabama (Appeal from Bibb Circuit Court: CC-05-8 and CC-05-8.63)

## NOTICE

You are hereby notified that on November 22, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk